June 10, 2005

Mr. John T Cox
Lynn Tillotson & Pinker, LLP
750 North St. Paul St., Suite 1400
Dallas, TX 75201
Mr. James B. Pinson
Assistant City Attorney
1500 Marilla Street
7BN Dallas City Hall
Dallas, TX 75201

RE: Case Number: 04-0671
 Court of Appeals Number: 11-03-00061-CV
 Trial Court Number: DV98-08100

Style: JIM LOWENBERG, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY
 SITUATED
 v.
 CITY OF DALLAS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim Hamlin |
| |Ms. Sherry |
| |Williamson |